UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No.   1:23-cv-1195 (GTS/CFH) |
| Plaintiff, | ) | |
| v. | ) | |
| Real property commonly known as 31 Stone Road, Voorheesville, New York, 12186, | ) | **FINAL ORDER OF FORFEITURE** |
| Defendant. | ) | |

The Court having executed the Stipulation and Settlement Agreement on March 27, 2024, it is hereby

ORDERED that Judgment be entered in the amount of $91,770.36 in U.S. Currency, in lieu of the forfeiture of the Defendant Real Property, and it is further

ORDERED that $91,770.36 in U.S. Currency, in lieu of the forfeiture of the Defendant Real Property, is hereby forfeited to the United States, and it is further

ORDERED that any claims to the $91,770.36 in U.S. Currency, forfeited in lieu of the forfeiture of the Defendant Real Property, are hereby forever barred.

IT IS SO ORDERED.

Date:  May 22, 2024

Glenn T. Suddaby
U.S. District Judge